

# Fourth Court of Appeals

## San Antonio, Texas

March 27, 2015

No. 04-15-00004-CV

**IN THE INTEREST OF M.M., ET AL., CHILDREN,**
From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-00255
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

Appellee's Motion for Extension of Time to File Brief is hereby GRANTED. Appellee's brief is due on or before April 14, 2015.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of March, 2015.

_____
Keith E. Hottle
Clerk of Court